UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD FULLER, individually and on
behalf of all others similarly situated,

      Plaintiff,

      v.

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

      Defendant.

Civil Action No. 7:22-cv-09824-CS

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the dismissal of the remaining claims in this Action, and any possible counterclaims Defendant could assert against Plaintiff.

Plaintiff dismisses her individual claims, with prejudice, and the proposed class claims are dismissed with prejudice.

Except as otherwise provided in the agreement being entered between the parties herein, each side shall bear its own costs and attorneys' fees associated with this Action.

IT IS SO STIPULATED.

Dated: February 4, 2025

Respectfully submitted,

Sheehan & Associates, P.C.

_____
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

Attorneys for Plaintiff

Sheppard, Mullin, Richter, & Hampton LLP

_____
Paul W. Garrity
30 Rockefeller Plaza
New York, New York 10112
Tel. (212) 653-8700
pgarrity@sheppardmullin.com

Attorneys for The Stop & Shop Supermarket Company LLC