# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD FULLER, individually and on behalf of all others similarly situated, | 7:22-cv-09824-CS |
| Plaintiff, | |
| - against - | [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | |
| Defendant | |

The parties, by and through Counsel, having filed their Stipulation For Dismissal, and the Court, having been duly advised, now finds that the same should be granted.

**IT IS HEREBY ORDERED** that the claims of Plaintiff and the class action claims are dismissed with prejudice. Each party shall bear its own costs and fees.

Dated: February 10, 2025
White Plains, New York

*Cathy Seibel*

Hon. CATHY SEIBEL
United States District Judge